# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE, | CASE NO. 1:11-CV-01018-LJO-DLB PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION |
| v. | (DOC. 7) |
| RAUL LOPEZ, et al., | CLERK OF THE COURT DIRECTED TO FILE FIRST AMENDED COMPLAINT |
| Defendants. | |

Plaintiff Norris Lee ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action. On July 1, 2011, Plaintiff filed a motion with the Court. Plaintiff contends that he inadvertently failed to sign his original complaint, filed on June 10, 2011. Plaintiff attaches a signed copy of his original complaint. Plaintiff requests that the Court order the Clerk of the Court to enter this new complaint into the record.

Plaintiff has cured the deficiency in his complaint. Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed July 1, 2011, is GRANTED. The Clerk of the Court is directed to file the signed complaint as a first amended complaint.

IT IS SO ORDERED.

Dated:  **July 5, 2011**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1