# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS LEE, | CASE NO. 1:11-CV-01018-LJO-DLB PC |
| Plaintiff, | ORDER DISREGARDING MOTION |
| v. | (DOC. 12) |
| RAUL LOPEZ, et al., | |
| Defendants. | |

Plaintiff Norris Lee ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. On July 5, 2011, Plaintiff paid the filing fee in full. On July 5, 2011, the Court also issued an order directing Plaintiff to either pay the filing fee or submit an application to proceed in forma pauperis in this action. Pending before the Court is Plaintiff's motion, filed August 1, 2011, moving the Court to enter into the record that Plaintiff has paid the filing fee.

Plaintiff's motion is unnecessary. The record in this action reflects receipt of Plaintiff's full payment of the filing fee. Accordingly, it is HEREBY ORDERED that Plaintiff's motion is disregarded as unnecessary.

IT IS SO ORDERED.

Dated: **August 3, 2011**        /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1